# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVA MILLER,** | CIV- F-06-00093 AWI DLB P |
|     **Plaintiff**, | **ORDER CLOSING CASE IN LIGHT OF STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **CAPTAIN DELEON, et al.,** | **ORDER DENYING PENDING MOTION AS MOOT** |
|     **Defendants**. | |
| | (Document #6) |

On September 22, 2006, the parties filed a stipulation for dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The notice is signed by all parties that have appeared in this case.

Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan

Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986).

Because a stipulation for dismissal of this action without prejudice has been filed and signed by all parties who have made an appearance, as required by Rule 41(a)(1)(ii), this case has terminated. See Fed. R. Civ. Pro. 41(a)(1)(ii).

Therefore, the Clerk of the Court is DIRECTED to close this case in light of the filed and properly signed Rule 41(a)(1)(ii) Stipulation Of Dismissal Without Prejudice.   All pending motions are DENIED as moot.

IT IS SO ORDERED.

**Dated:    September 26, 2006**                    /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

2